AMERICAN FUR LINERS CONTRACTORS ASSOCIATION and Others, Plaintiffs, and DAVID SCHREIBER, Respondent, v. PIETRO LUCCHI, Individually and as General President of International Fur Workers' Union of United States and Canada, an Unincorporated Association of Seven or More Members, Defendant, Impleaded with HARRY BEGOON, Individually and as Treasurer of the Furriers' Joint Council of New York, an Unincorporated Association of Seven or More Members, BEN GOLD, Individually and as Manager of Furriers' Joint Council of New York, IRVING POTASH, JACK SCHNEIDER, JOSEPH WINOGRADSKY and HERMAN PAUL, Appellants.

First Department, February 5, 1937.

*Louis B. Boudin,* for the appellants.

*Irving Schneider,* for the respondent.

PER CURIAM. We are of opinion that section 882-a of the Civil Practice Act does not, under ordinary circumstances, contemplate the framing of issues to be submitted to the jury in a proceeding to punish for contempt. Since, however, the appellants themselves objected to proceeding to trial unless issues were framed, they are not in a position to object upon that ground. We think the issues as framed are sufficient to present the questions to be decided

The order so far as appealed from should be affirmed, with twenty dollars costs and disbursements.

Present — MARTIN, P. J., O'MALLEY, TOWNLEY, UNTERMYER and COHN, JJ.

Order so far as appealed from unanimously affirmed, with twenty dollars costs and disbursements.